UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES CLEMENT ET AL** | **CASE NO. 3:24-CV-00104** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LUMEN HEALTH CARE BENEFIT PLAN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering The Report and Recommendation of the Magistrate Judge [Doc. No. 30], Defendants, Lumen Health Care Benefit Plan, Lumen Employee Benefits Committee, and United HealthCare Services, Inc. (collectively, the "Defendants"), written and filed objections thereto [Doc. No. 31], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiffs James Clement and Corrine Clement (collectively, the "Plaintiffs") and against Defendants for the single sum of $55,379.00, together with all assessable court costs, FED. R. CIV. P. 54(d)(1).

**IT IS FURTHER ORDERED** that Plaintiffs are awarded reasonable attorney's fees to be paid by Defendants in an amount to be jointly stipulated by the parties, or via contested motion, FED. R. CIV. P. 54(d)(2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' claims, brought in their representative capacity, are hereby **DISMISSED**

**WITHOUT PREJUDICE** as to all Defendants.

MONROE, LOUISIANA, this 17th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE